# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODRICK D. COLEMAN

NO. 2024 KW 1096

**JANUARY 29, 2025**

---

In Re:   Rodrick D. Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-13-0950.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**   This court and the Louisiana Supreme Court previously addressed relator's request for review of the district court's October 12, 2021, ruling dismissing his application for postconviction relief. See **State v. Coleman**, 2022-0103 (La. App. 1st Cir. 4/22/22), 2022 WL 1198192 (unpublished), writ denied, 2022-00869 (La. 9/19/23), 370 So.3d 454, 455 (per curiam) Applicant fails to show that he received ineffective assistance of counsel under the standard of **Strickland v. Washington**, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). As to his remaining claim, applicant fails to show entitlement to relief. See **State v. Reddick**, 2021-01893 (La. 10/21/22), 351 So.3d 273). If relator wishes to file a new application, he must first file his pleading in the lower court.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT